# United States Court of Appeals

## For the First Circuit

No. 07-1983

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES GLOVER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 26, 2009, is amended as follows:

On page 7, footnote 1, line 8, substitute "effect" with "affect"

On page 10, lines 6-7; line 15; and line 17: The citations appearing on these lines should be underscored.

On page 15, last line: It should read: "by means of a dangerous weapon."